AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

SAMUEL H. VINTON, JR.
DOB:
PDID
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __SEPTEMBER 11, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense) unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Ecstasy, a Schedule I controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER WILLIAM ALTON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**OFFICER WILLIAM ALTON**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

at __Washington, D.C.__
City and State

Date

Name & Title of Judicial Officer

Signature of Judicial Officer